*E-Filed: June 4, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LA TIENDITA and THANH T. HUYNH,<br><br>              Plaintiffs,<br>       v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>              Defendant.<br>_____/ | No. C14-01693 HRL<br><br>**ORDER SETTING PAYMENT DUE DATE PURSUANT TO STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE**<br><br>[Re: Docket No. 25] |

Plaintiffs La Tiendita and Thanh T. Huynh sought judicial review of their six-month suspension from the Supplemental Nutrition Assistance Program (SNAP) by defendant United States Department of Agriculture (USDA). After the Court stayed the imposition of the suspension and set a preliminary injunction hearing, the parties filed a Stipulation for Compromise Settlement and Release in which they agreed, among other things, that Plaintiffs would pay a monetary penalty of $8,742 in lieu of the suspension. However, despite the parties' ability to agree on many terms of the settlement, they could not agree on a payment due date. Instead, they asked the Court to decide whether the payment would be due in 120, 150, or 180 days, and they requested that each party be given seven days to file a letter brief of up to five pages setting forth their respective positions. One day after the Court entered the stipulation, Plaintiffs filed an approximately one-page letter requesting that the set Court set a payment due date of 180 days due to Plaintiffs' demonstrated financial hardship. The next day, the USDA filed a similarly short letter explaining that because the

case settled so early, it had conducted very little discovery and "lacks sufficient factual information to take a position on the issue now before the Court." Based on Plaintiffs' request for a 180-day payment deadline and the USDA's apparent indifference, the Court decides that payment shall be due 180 days from the date of the Order on the Stipulation for Compromise Settlement Release.

**IT IS SO ORDERED.**

Dated: June 4, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01693 HRL Notice will be electronically mailed to:**

James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Thomas John Spielbauer     thomas@spielbauer.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**